# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STACY J. BURLISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-12-1097-M |
| | ) |
| FARMERS NEW WORLD LIFE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Stacy J. Burlison ("**Plaintiff**") and Defendant Farmers New World Life Insurance Company ("**Defendant**"), by and through their respective counsel and pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of Plaintiff's claims against Defendant.

Respectfully submitted,

s/Joshua C. Stockton
George H. Brown, OBA #18020
Tony Gould, OBA #18564
Joshua C. Stockton, OBA # 21833
**BROWN & GOULD, PLLC**
136 N.W. 10th Street, Suite 200
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-4500
Facsimile: (405) 235-4507
Email: jstockton@browngouldlaw.com
**ATTORNEYS FOR PLAINTIFF**

s/ Johnny R. Blassingame
J. Angela Abels, OBA #0112
Johnny R. Blassingame, OBA #21110
KERR, IRVINE, RHODES & ABLES
201 Robert S. Kerr Ave., Suite 600
Oklahoma City, OK 73102-4267
Telephone: (405) 272-9221
Facsimile: (405) 236-3121
Email: aables@kiralaw.com
jblassingame@kiralaw.com
**ATTORNEYS FOR DEFENDANT**
